IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RICHARD-ANDREW, JR.: TARANTINO, | No. 09-80064 CW (MISC)<br><br>ORDER CLOSING CASE |

On April 2, 2009, Richard A. Tarantino, Jr., submitted to the Clerk a document entitled "File on Demand," in which he requests the Clerk to open a miscellaneous case "for the purpose of setting up an evidence file for a pending case." There is no such procedure within the District Court. Accordingly,

IT IS HEREBY ORDERED that the Clerk shall close the file. Within ten (10) days from the date of this Order, Mr. Tarantino shall notify the Clerk of an address where a refund of the $39.00 filing fee can be mailed; otherwise, the filing fee will be forfeited.

Dated 4/17/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD ANDREW TARANTINO JR. et al,

    Plaintiff,

v.

UNDETERMINED et al,

    Defendant.

Case Number: CV09-80064 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard-Andrew Tarantino
c/o General Post Office at Clayton
Clayton, CA 94517

Dated: April 17, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2